UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In RE:

Dennis R. Corriveau,                          Case No. 10-23244-JNF
                                              Chapter 13
         Debtor

## DEBTOR'S MOTION FILE AN
## AMENDED CHAPTER 13 PLAN

Now comes the Debtor, by his attorney, and respectfully moves this Honorable Court to Allow Debtor to file an Amended Chapter 13 Plan. As grounds therefore the Debtor states:

1. This case was commenced by filing an emergency petition under Chapter 13 of the Bankruptcy Code on December 7, 2010.

2. The Debtor had to amend the plan to include priority unsecured debt. As a result Debtor can no longer afford to retain his primary residence.

3. The Amended Plan surrenders his primary residence to the secured creditors and pays the priority unsecured creditors in full.

Wherefore, the Debtor respectfully requests this Honorable Court to allow the Motion to Amend his Chapter 13 Plan and such other relief as deemed appropriate and reasonable by this Honorable Court.

Respectfully submitted,

/s/ Robert A. Prousalis
Robert A. Prousalis, Esq. (# 640785)
Counsel to Debtor
50 Salem St., Bldg. B
Lynnfield, MA 01940
781-246-2000

# United States Bankruptcy Court
### District of Massachusetts

In re  Dennis R Corriveau                                  Case No.  10-23244
                          Debtor(s)                        Chapter   13

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2011, a copy of MOTION TO AMEND CHAPTER 13 PLAN was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below (see attached address list).

| |
|---|
| Capital One |
| Capital One |
| Capital One |
| Citimortgage, Inc. |
| GEMB/ State Street |
| GEMB/Lowes |
| Jeff Corbett, Dentist |
| Merrimack Landing Homeowners' Assoc. |
| Saugus FCU |
| Saugus Federal Credit Union |
| The Home Depot |
| Toyota Financial Services |
| Verizon New England Inc |

/s/ Robert A. Prousalis
Robert A. Prousalis, Esq. 640785
Prousalis & Papantonakis, PC
50 Salem Street
Bldg. B
Lynnfield, MA 01940
781-246-2000 Fax:781-246-2101
bob@proandpaplaw.com

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Citimortgage, Inc.
PO Box 689196
Des Moines, IA 50368-9196

GEMB/ State Street
PO BOX 981439
El Paso, TX 79998

GEMB/Lowes
PO BOX 981400
El Paso, TX 79998

Jeff Corbett, Dentist
Lynnfield Medical Building
1 Post Office Square
Lynnfield, MA 01940

Merrimack Landing Homeowners' Assoc.
c/o Richard A. Fournier
18 Riverfront Drive
Amesbury, MA 01913-4500

Saugus FCU
509 Main ST
Saugus, MA 01906

Saugus Federal Credit Union
448 Lincoln Avenue
Saugus, MA 01906

The Home Depot
P. O. Box 6497
Sioux Falls, SD 57117

Toyota Financial Services
PO Box 17187
Baltimore, MD 21297-0511

Verizon New England Inc
500 Technology Dr
Saint Charles, MO 63304